Jane D. Schmaltz, Esq. (#026690)
**WILSON-GOODMAN & FONG, P.L.L.C.**
538 S Gilbert Road, Suite 101
Gilbert, Arizona 85296
Telephone: (480) 503-9217
Facsimile: (480) 503-9219
jane@wgandf-law.com

Attorneys for Debtor.

Dated: June 14, 2010

_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

MICHAEL CARL VELLA,

JUDITH BARBER VELLA,

Debtors.

In Proceedings Under Chapter 13

Case No. 2:09-bk-33775-GBN

**ORDER VOLUNTARILY DISMISSING CHAPTER 13 CASE**

**THIS MATTER**, having come before the Court on the Debtors' Motion to Voluntarily Dismiss Chapter 13 Case; good cause appearing and the Court having considered the same, it is

**ORDERED** that the above-captioned Chapter 13 case be and is hereby dismissed.

**SIGNED AND DATED ABOVE**